UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

QUINTRELLE MILLER, ET AL.                        CIVIL ACTION

VERSUS                                           NO. 18-3920

ST. TAMMANY PARISH SCHOOL                        SECTION "B"(3)
BOARD, ET AL.

## JUDGMENT

Entry of a final judgment is proper because the Court dismissed plaintiffs' claims against defendants with written reasons.

**IT IS ORDERED, ADJUDGED, AND DECREED** that final judgment is hereby entered **DISMISSING WITH PREJUDICE** plaintiffs' federal claim against defendants and **DISMISSING WITHOUT PREJUDICE** plaintiffs' state law claims against defendants.

New Orleans, Louisiana, this 21st day of March, 2019.

                                    _____
                                    SENIOR UNITED STATES DISTRICT JUDGE